UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAYTHEM CHIHI,

                Plaintiff,

    v.

FACEBOOK INC.,

                Defendant.

Case No. C21-1163-RSL

REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se in this civil matter, filed a motion to proceed *in forma pauperis* (IFP). (Dkt. 1.) Plaintiff resides in Tunisia and indicates monthly income of $1,100.00, $14,000.00 received over the past twelve months from a business, profession, or other self-employment, over $18,000.00 in cash on hand and in checking and saving accounts, and $500.00 in monthly living expenses.

Because it appears plaintiff has financial resources allowing for payment of the Court's filing fee, the Court recommends the motion to proceed IFP (Dkt. 1) be DENIED. This action should proceed only if plaintiff pays the $402.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. *See also* Dkt. 2 (noting filing

REPORT AND RECOMMENDATION - 1

deficiency in omission of Trademark form).  If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14)** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 17, 2021**.

Dated this 1st day of September, 2021.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2