UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAYTHEM CHIHI,

    Plaintiff,

v.

FACEBOOK INC.,

    Defendant.

Case No. C21-1163-RSL

ORDER DENYING IFP

The Court, having reviewed plaintiff's application to proceed *in forma pauperis* (IFP), the Report and Recommendation of S. Kate Vaughan, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP application is DENIED based on financial ineligibility. Plaintiff is directed to pay the full filing fee of $402.00 within **thirty (30) days** of the date of signature below. If the filing fee is not paid, this case will be dismissed;

(3) The Clerk shall file the complaint only on receipt of the filing fee. If no filing fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

/ / /

ORDER DENYING IFP - 1

1    (4)   The Clerk is directed to send copies of this Order to plaintiff and to the Honorable
2  S. Kate Vaughan.

3    Dated this 20th day of September, 2021.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER DENYING IFP - 2